**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 3:09-cv-614-O |
| **OVERSEA CHINESE FUND LIMITED PARTNERSHIP, et al.,** | § § § | |
| Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Receiver is authorized to pay out fees and expenses in a total amount of **$63,891.59.**

**SO ORDERED** on this **15th day** of **February, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**