IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § Plaintiff, § v. § OVERSEA CHINESE FUND § LIMITED PARTNERSHIP, et al., § § Defendant. § | Civil Action No. 3:09-CV-614-O-BK |

**FINDINGS, CONCLUSIONS, and RECOMMENDATION**

Pursuant to the District Court's *Order of Reference* (Doc. 82), this matter was referred to the undersigned for pretrial management.  Now before the Court is Plaintiff's *Unopposed Motion to Enter Final Judgment as to Defendants WinWin Capital Management, LLC, WinWin Capital Limited Partnership, and J.O.R. & Associates, LLC, and Relief Defendants WinWin Capital Partners, LP, and Bluejay Investment LLC d/b/a Vintage International Investment LLC* (Doc. 89).  For the reasons that follow, the motion should be **GRANTED**.

Defendants WinWin Capital Management, LLC, WinWin Capital Limited Partnership, and J.O.R. & Associates, LLC, and relief defendants WinWin Capital Partners, LP, and Bluejay Investment LLC d/b/a Vintage International Investment LLC, have all consented to the entry of final judgment.  (Docs. 89, 89-1, 89-3).  In light of the consent of Defendants and the declarations of Tom Tong and Carol Lowen, the Court recommends that Plaintiff's unopposed motion for entry of final judgment (Doc. 89) be **GRANTED**.  It is further recommended that the proposed agreed judgment submitted by the parties be modified to reflect that all defendants to

this lawsuit, save the relief defendants, are jointly and severally liable for the disgorgement, pretrial interest, and third-tier penalty to be imposed by the Court.

**SO RECOMMENDED** on August 22, 2012.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE