IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMISSION, | § § § | |
| Plaintiff, | § | Civil No. 3:09-CV-614-O-BK |
| v. | § § | |
| OVERSEA CHINESE FUND LIMITED PARTNERSHIP, et al., | § § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **1st day** of **October, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE