**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § | Civil No. 3:09-CV-614-O-BK |
| v. | § § | |
| OVERSEA CHINESE FUND LIMITED PARTNERSHIP, et al., | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, the Receiver's Unopposed Motion to Approve Compromise and Settlement Agreement with Peter Lin (ECF No. 101) should be and is hereby **GRANTED**.

**SO ORDERED** on this **3rd day** of **December, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**