IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § | Civil No. 3:09-CV-614-O-BK |
| v. | § § | |
| OVERSEA CHINESE FUND LIMITED PARTNERSHIP, et al., | § § § § | |
| Defendant. | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 106). The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, the Receiver's Motion to Approve Claims (ECF No. 102) should be and is hereby **GRANTED**.

**SO ORDERED** on this **12th day** of **February, 2013.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**