IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § | Civil No. 3:09-CV-614-O-BK |
| v. | § § | |
| OVERSEA CHINESE FUND LIMITED PARTNERSHIP, et al., | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 108). The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, the Receiver's Unopposed Motion to Approve Compromise and Settlement Agreement with Xiaohong Peng (ECF No. 107) should be and is hereby **GRANTED**.

**SO ORDERED** on this **19th day** of **February, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE